# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| NICHOLAS ISKIERKA, | Case No. 19-CV-2963 (NEB/HB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| NORTH MEMORIAL HOSPITAL, CHILD PROTECTIVE SERVICES, and GOVERNMENT, | |
| Defendants. | |

The Court has received the February 3, 2020 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 3.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 3] is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE; and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 9, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge